**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ricardo Flores

                              Plaintiff,

v.                                              Case No.: 1:08–cv–01061
                                                Honorable Samuel Der–Yeghiayan

Cicero Police Officer, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

        MINUTE entry before Judge Samuel Der–Yeghiayan : Initial status hearing set for
04/30/08 at 9:00 a.m. At least four working days before the initial status hearing, the
parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report,
not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report
and deliver courtesy copies to this Court's chambers. The Court's standing orders on the
Initial Status Report and Joint Jurisdictional Status Report maybe obtained from Judge
Der–Yeghiayan's web page or from this Court's Courtroom Deputy. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.