IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICARDO FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>CICERO POLICE OFFICER WITH STAR #381, UNKNOWN OFFICERS, and the TOWN OF CICERO,<br><br>    Defendants. | No. 08-CV-1061<br><br>JUDGE DER-YEGHIAYAN, |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel: 312-676-2100
Fax: 312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Erica E. Faaborg    erica.lobh@gmail.com

Blake Wolfe Horwitz    lobh@att.net, bwhorwitz@att.net

Mark Antonio Scarlato    scarlato@gdlawfirm.net

George Santo Spataro    spataro@dlglawgroup.com

K. Austin Zimmer    austin_zimmer@yahoo.com

                                                s/ Blake Horwitz_____
                                                Blake Horwitz
                                                Horwitz, Richardson and Baker, LLC
                                                20 S. Clark St., Suite 500
                                                Chicago, Illinois 60603
                                                Tel:  312-676-2100
                                                Fax:  312-372-7076