UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Ricardo Flores
                               Plaintiff,

v.                                          Case No.: 1:08–cv–01061
                                                Honorable Samuel Der–Yeghiayan

Cicero Police Officer, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 05/29/08 at 9:00 a.m. No one appeared on behalf of the Plaintiff on the Court's noticed status hearing. Counsel for Defendant Town of Cicero appeared and reported to the Court that the parties have reached a settlement and that the parties are finalizing settlement documents. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.