## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ricardo Flores
                        Plaintiff,

v.                                         Case No.: 1:08–cv–01061
                                             Honorable Samuel Der–Yeghiayan

Cicero Police Officer, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Counsel for the Plaintiff has advised this Court's Courtroom Deputy that the instant matter has settled and Plaintiff has received the settlement check. Based on Plaintiff's representations, the instant action is hereby dismissed with prejudice pursuant to settlement each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.